IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

CURTIS LANGFORD,    )
                    )
    Petitioner,     )
                    )
vs                  )   CIVIL ACTION NO. 01-S-1272-NE
                    )
THE HONORABLE SHARON )
BLACKBURN and THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF ALABAMA, )
                    )
    Respondent(s).  )

FILED
02 MAR -8 AM 10: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR - 8 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed for the petitioner's failure to petition the Eleventh Circuit Court of Appeals for permission to file a successive petition in this court. An appropriate order will be entered.

DONE, this 8th day of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

19